**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

It appearing that the magistrate judge designated in 19 CV 4115, *Walker v. Board of Education of the City of Chicago et al.,* is Magistrate Judge Sheila M. Finnegan; and

It further appearing that with consent of the Hon. Robert M. Dow Jr. and the Hon. John Robert Blakey that 19 CV 8145, *R. Board Of Education Of The City Of Chicago et al.*, be reassigned to Magistrate Judge Finnegan for the purpose of coordinated discovery; therefore

It is hereby ordered that the Clerk shall designate Magistrate Judge Finnegan as the magistrate judge in 19 CV 8145, *R. Board Of Education Of The City Of Chicago et al.;* and

It is further ordered that Magistrate Judge Finngegan be referred 19 CV 4115, *Walker v. Board of Education of the City of Chicago et al.,* and 19 CV 8145, *R. Board Of Education Of The City Of Chicago et al.*, for coordinated discovery.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 22nd day of September, 2022