**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Z.R., | ) | |
| | ) | |
| Plaintiff, | ) | No.: 19-cv-4115 |
| | ) | |
| vs. | ) | Judge Jeffrey I. Cummings |
| | ) | |
| BOARD OF EDUCATION OF THE CITY OF CHICAGO, LEGAL PREP CHARTER ACADEMIES, AND JAMEL M. HELAIRE-JONES, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Defendant, Legal Prep Charter Academies, and Plaintiff, Z.R., by their attorneys, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1), that all claims against Defendant Legal Prep Charter Academies, shall be hereby dismissed with prejudice, with each side bearing its own respective costs and attorney's fees, pursuant to the Settlement Agreement and Agreed Order of Dismissal.

Dated: January 10, 2024

Respectfully submitted,

/s/ James C. Pullos
James C. Pullos
Clifford Law Offices, P.C.
120 North LaSalle, 36th Floor
Chicago, Illinois 60602
(312) 899-9090
jcp@cliffordlaw.com
*Attorney for Plaintiff Z.R.*

/s/ Randall W. Slade
Randall W. Slade
Franco Moroney Buenik, LLC
500 West Madison Street, Suite 2440
Chicago, Illinois 60661
(312) 469-1000
randall.slade@francomoroney.com
*Attorneys for Defendant Legal Prep Charter Academies*